C. A. 9th Cir. Certiorari denied.

No. 01–8734. SUTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8735. TORRES RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8736. SHABBAR v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–8738. COHEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–8741. BREWER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–8743. RAY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–914. ABX AIR, INC. v. AIRLINE PROFESSIONALS ASSOCIATION OF THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL UNION NO. 1224, AFL–CIO. C. A. 6th Cir. Motion of Air Transport Association of America, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 01–958. WOODALL ET AL. v. SKAMANIA COUNTY, WASHINGTON. Ct. App. Wash. Motions of Delaware River Port Authority and Mark O. Hatfield et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 00–10360. HADDOCK v. GALAZA, WARDEN, 534 U. S. 853;
No. 00–10792. WASHINGTON v. ELO, WARDEN, 534 U. S. 879;
No. 00–10823. WALKER v. MONTCALM CENTER FOR BEHAVIORAL HEALTH ET AL., 534 U. S. 881;
No. 01–5220. HALL v. CALIFORNIA ET AL., 534 U. S. 909;
No. 01–5505. ANTONIO LUNA v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 534 U. S. 956;
No. 01–5629. KONTAKIS v. MORTON ET AL., 534 U. S. 959;

No. 01–5956. EAGLE *v.* WELLS, SHERIFF, MANATEE COUNTY, FLORIDA, ET AL., 534 U. S. 977;

No. 01–6237. BROOKS *v.* GARCIA, WARDEN, 534 U. S. 1026;

No. 01–6645. HARRISON *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 534 U. S. 1059;

No. 01–6652. GRIFFIN *v.* CITY OF COLUMBUS ET AL., 534 U. S. 1060;

No. 01–6691. TAYLOR *v.* HOWARDS ET AL., 534 U. S. 1061;

No. 01–6839. TIBBS *v.* ISLAND CREEK COAL CO., 534 U. S. 1087;

No. 01–6894. GAY *v.* FURLONG, ATTORNEY GENERAL OF COLORADO, 534 U. S. 1089; and

No. 01–7086. IN RE BROCKINGTON, 534 U. S. 1077. Petitions for rehearing denied.

APRIL 4, 2002

No. 01A745 (01–9454). BROWN *v.* ALABAMA. Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.

APRIL 8, 2002

No. 01A702 (01–9094). ABDUR'RAHMAN *v.* BELL, WARDEN. C. A. 6th Cir. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the sending down of the judgment of this Court.

No. 01–9095. IN RE ABDUR'RAHMAN. Petition for writ of habeas corpus denied.

APRIL 9, 2002

No. 01–9526 (01A755). IN RE KREUTZER. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS,